# No. 22-16110

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

▶▶◀◀

AARON GREENSPAN,

*Plaintiff-Appellant,*

v.

OMAR QAZI, SMICK ENTERPRISES, INC., ELON MUSK, TESLA, INC.,

*Defendants-Appellees.*

*On Appeal From The United States District Court
For The Northern District Of California
Civil Case No. 3:20-cv-03426-JD; Hon. James Donato*

## DEFENDANTS-APPELLEES ELON MUSK AND TESLA, INC.'S OPPOSITION TO MOTION TO STRIKE AND FOR SANCTIONS

Anthony P. Alden
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Alex Spiro
William B. Adams
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendants-Appellees Elon Musk and Tesla, Inc.*

April 10, 2023

The Court should deny Plaintiff-Appellant Aaron Greenspan's Motion to Strike Answering Brief of Defendants-Appellees Elon Musk and Tesla, Inc. and for Sanctions on Attorney Alexander Benjamin Spiro (ECF No. 39-1). Mr. Greenspan's motion is based on the false premise that Mr. Spiro "signed" the "Answering Brief of Defendants-Appellees Elon Musk and Tesla Inc." (ECF No. 39-1 at 1), but that is inaccurate: The brief was not signed by Mr. Spiro but was instead signed by William B. Adams, who was admitted to the Ninth Circuit at the time the brief was filed on December 27, 2022 (Answering Br. at 34). In any event, as the brief indicated, Mr. Spiro's application for admission to the Ninth Circuit was forthcoming, and Mr. Spiro was admitted to the Ninth Circuit on December 28, 2022, the day after Defendants-Appellees filed their brief. Mr. Greenspan could have corrected his misunderstanding by either conferring with Defendants-Appellees or contacting the Court at AttorneyAdmission@ca9.uscourts.gov before filing his frivolous motion. Thus, there is no basis for this Court to strike Defendants-Appellees' brief or to issue sanctions, and the Court should deny Mr. Greenspan's motion.

DATED: April 10, 2023

Respectfully submitted,

*/s/ William B. Adams*
William B. Adams
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendants-Appellees Elon Musk and Tesla, Inc.*

# CERTIFICATE OF SERVICE

I, William B. Adams, a member of the Bar of this Court, hereby certify that on April 10, 2023, I electronically filed the foregoing "Defendants-Appellees Elon Musk and Tesla, Inc.'s Opposition to Motion to Strike and for Sanctions" with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: April 10, 2023

*/s/ William B. Adams*
William B. Adams

*Attorney for Defendants-Appellees Elon Musk and Tesla, Inc.*